419 A.2d 189

Commonwealth v. Hinton, Appellant.

Submitted June 12, 1978. Thomas H. A. Gallagher, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

419 A.2d 189

Commonwealth v. Hunter, Appellant.

Argued March 19, 1979. Eugene E. Kellis, for appellant; Val Pleet Wilson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.